UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
ODALYS DELGADO LLANES,    Case No: 16-22275-LMI
                          Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Odalys Delgado Llanes**,** by and through her undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On September 2, 2016 the instant case was filed as a chapter 7 bankruptcy.

2. On September 23, 2016 this case was dismissed due to debtor's counsel's failure to timely file the required Payment Advices.

3. Due to a computer failure, the payment advices were not timely uploaded.

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtor pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 23rd day of September, 2016 via ecf to Ross R. Hartog, Trustee , 9130 S Dadeland Blvd., #1800, Miami, FL 33156 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161


ARS/Account Resolution Specialist            Sunrise, FL 33345
Po Box 459079

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Belden Jewelers/Sterling Jewelers, Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

Central Financial Control
Po Box 66044
Anaheim, CA 92816

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

Midland Funding
2365 Northside Dr
Suite 300
San Diego, CA 92108

Midland Funding
2365 Northside Dr
Suite 300
San Diego, CA 92108

Mnet Fin Inc
95 Argonaut
Aliso Viejo, CA 92656

New York Community Ban
1801 E 9th St
Cleveland, OH 44114

Synchrony Bank/ HH Gregg
Po Box 965064
Orlando, FL 32896

Synchrony Bank/City Furniture
Po Box 965064
Orlando, FL 32896

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Wffnatbank
Bankruptcy
4137 121st St
Urbandale, IA 50323